Case Number: CACE-20-010839 Division: 13
Filing # 109764929 E-Filed 07/02/2020 07:43:29 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

FELICIA FOULKS,

CASE NO.

Plaintiff,

vs.

FAMILY DOLLAR STORES OF FLORIDA, LLC.

Defendant.
_____/

Received: 7/9/20 @ 6:00P
Served: 7/10/20 @ 9:25A

Richard Kolodgy, CPS #204,
Second Judicial Circuit

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons, Complaint, Interrogatories and Request for Production attached in this action on the Defendant:

**FAMILY DOLLAR STORES OF FLORIDA, LLC.**

BY SERVING REGISTERED AGENT:
**CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, whose address is: **Robert M. Graff, Esq.,** *Wald, Gonzalez & Graff, P.A.***, Two South Biscayne Blvd., One Biscayne Tower - Suite #3599, Miami, FL 33131 [Tel:305-577-7778/Fax:305-577-9757].**

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

JUL 08 2020

Clerk of the Court

By:_____
Deputy Clerk

(SEE REVERSE SIDE)    BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/02/2020 07:43:27 PM.****

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

AVISO: La regla 12.285, de las reglas de procedimiento del derecho de la familia del estado de la Florida exige que se entreguen ciertos datos y documentos a la parte adversa...So Ud. no cumple con estos requisitos, se le podran aplicar sanciones, las cuales pueden dar lugar al rechazo o a la desestimacion de sus escritos.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votreargent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.

**WALD, GONZALEZ & GRAFF, P.A.**
**ONE BISCAYNE TOWER - SUITE #3599**
**TWO SOUTH BISCAYNE BOULEVARD**
**MIAMI, FLORIDA 33131**
**TELEPHONE: 305-577-7778**
**FACSIMILE: 305-577-9757**

Filing # 109764929 E-Filed 07/02/2020 07:43:29 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

FELICIA FOULKS,

CASE NO. CACE 20-0101839

        Plaintiff,

vs.

FAMILY DOLLAR STORES OF FLORIDA, LLC.

        Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, FELICIA FOULKS, by and through undersigned counsel, sues the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., and as grounds thereof, would state as follows:

1. This is an action for damages in excess of the minimum jurisdictional limits of this Court, exclusive of interest and costs.

2. At all times material herein, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, owned, controlled and/or maintained a store located at 3050 W. Broward Boulevard, Ft. Lauderdale, Florida.

3. At all times material herein, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., was a Florida corporation doing business and maintaining offices and stores in and throughout Broward County, Florida.

4. At all times material herein, the Plaintiff, FELICIA FOULKS, was a resident of Broward County, Florida.

## COUNT I

## CLAIM FOR NEGLIGENCE AGAINST
## FAMILY DOLLAR STORES OF FLORIDA, LLC.

Plaintiff adopts and realleges paragraphs 1 through 4 as if specifically set forth herein and further alleges:

5. On or about September 16, 2018, the Plaintiff, FELICIA FOULKS, was a business invitee at the aforementioned premises when she slipped on a white liquid on the floor causing her to sustain serious injuries.

6. At all times material herein, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., owed the Plaintiff a duty to maintain its premises in a reasonably safe condition, to refrain from conduct which would injure her, and to warn the Plaintiff of dangerous conditions on the premises.

7. On or about September 16, 2018, at the time of the Plaintiff's accident herein, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., its agents, servants or employees, breached its duty owed to the Plaintiff, FELICIA FOULKS, by negligently maintaining its premises and by failing to properly and safely inspect said premises.

8. More specifically, at the time of the Plaintiff's accident, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., breached its duty owed to the Plaintiff by committing the following negligent acts and/or omissions:

    a. Negligently allowing a white liquid to remain on the floor for an unreasonable amount of time; and/or

2

    b.    Negligently failing to remove or clean up the white liquid from the floor prior to the accident; and/or

    c.    Negligently causing there to be a white liquid on the floor; and/or

    d.    Negligently failing to place cones, signs or otherwise warn or advise the Plaintiff of the presence of the white liquid on the floor; and/or

    e.    Negligently failing to take appropriate actions to prevent the presence of the white liquid on the floor; and/or

    f.    Negligently failing to properly inspect the area of the floor where Plaintiff's accident occurred; and/or

    g.    Was otherwise negligent at the time and place complained of.

9. At all times material herein, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., created, knew or, in the exercise of reasonable care, should have known of the existence of this hazardous condition, and/or the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it.

10. As a direct and proximate result of the Defendant's negligence, the Plaintiff, FELICIA FOULKS, fell and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life an aggravation of an pre-existing condition, expense of hospitalization, medical and nursing care and treatment, lost wages and loss of earning capacity. The losses are

3

either permanent or continuing in their nature and the Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, FELICIA FOULKS, demands judgment for damages against the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., including costs, and demands a trial by jury of all issues so triable as of right by a jury.

DATED this __2ND__ day of July, 2016.

                         **WALD, GONZALEZ & GRAFF, P.A.**
                         *Attorneys for Plaintiff*
                         One Biscayne Tower, Suite 3599
                         Two South Biscayne Boulevard
                         Miami, Florida 33131
                         Telephone:   (305) 577-7778
                         Facsimile:    (305) 577-9757


                         BY:  __/s/ ROBERT M. GRAFF__
                               ROBERT M. GRAFF, ESQ.
                               FLORIDA BAR NO. 121193

       Co-Counsel         Charles H. Cohen
                             4300 North University Drive
                             Suite B200
                             Sunrise, Florid 33351
                             954-749-3330
                             954-749-3306

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

I.   **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>FELICIA FOULLKS</u>
Plaintiff
         vs.
<u>FAMILY DOLLAR STORES OF FLORIDA, LLC</u>
Defendant

---

II.  **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>1,000,000</u>

III. **TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☒ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

\*\*\* FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/02/2020 07:43:27 PM.\*\*\*\*

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
   ☒ Monetary;
   ☐ Non-monetary declaratory or injunctive relief;
   ☐ Punitive

**V.     NUMBER OF CAUSES OF ACTION:**
   (Specify)

   1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ Yes
   ☒ No

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ No
   ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ Yes
   ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ ROBERT M GRAFF
            Attorney or party
FL Bar No.: 121193
            (Bar number, if attorney)
            ROBERT M GRAFF
            (Type or print name)
   Date:  07/02/2020